IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

IDEARC MEDIA LLC,
Plaintiff

v.

AALEGHER TERMITE & PEST
CONTROL, INC., et al.,
Defendants

CIVIL ACTION

NO. 09-1940

FILED
JAN 20 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 15th day of January 2010, it is **ORDERED** that:

(1) Plaintiff's Motion for Default Judgment (Doc. # 8) is **DENIED**,

(2) Defendants' Motion to Vacate Default (Doc. # 9) is **GRANTED**,

(3) Defendants shall file an Answer by **January 29, 2010**, and

(4) Plaintiff's costs and counsel fees incurred with respect to the default proceedings and responding to Defendants' Motion to Vacate Default (Doc. # 9) shall be imposed on Defendants. Plaintiff is directed to submit a bill of costs by **January 29, 2010**. Defendants shall file any objections to the bill of costs by **February 12, 2010**. Plaintiff shall respond to Defendants' objections by **February 26, 2010**.

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:        Copies **MAILED** on _____ to:

O:\ABB 2010\A - K\Idearc v. Aalegher vacates default.wpd